### 1125 CHERRY ET AL. vs. BOARD OF ELECTION COMMISSION-ERS (Shiawassee), No. 13125.

To compel respondents to print upon the official ballot upon the People's party ticket, the name of Henry M. Youmans as candidate for Congress.

Denied November 1, 1892, with costs.

It appeared that the congressional convention was divided into two sections, each of which made a nomination, and the election commissioners decided to print two People's Party tickets, the one containing the name of the nominee of one convention and the other the name of the nominee of the other convention. See No. 1117.

### 1126 BAKER vs. BOARD OF ELECTION COMMISSIONERS (Wayne), No. 15863; 3 D. L. N., 515; 68 N. W., 752.
### 1127 RUSSELL vs. BOARD OF ELECTION COMMISSIONERS (Wayne), No. 15864; 3 D. L. N., 515; 68 N. W., 752.

To compel respondents to print the ticket certified by relator in the second column or space upon the official ballot.

First named application denied and second granted October 20, 1896.

### 1128 SHELBY ET AL. vs. BOARD OF ELECTION COMMISSIONERS (Wayne), No. 15863½.

To require respondent to strike from the official ballot the ticket of the Democratic People's Union Silver Party.

Denied October 15, 1896.